IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WHITEHARDT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:15-cv-01307 |
| v. ) | |
| ) | JUDGE TRAUGER |
| GORDON J. MCKERNAN and ) | |
| GORDON MCKERNAN INJURY ) | JURY DEMAND |
| ATTORNEYS, LLC f/k/a THE ) | |
| MCKERNAN LAW FIRM, PLLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant, Whitehardt, Inc., and Defendants/Counter-Plaintiffs, Gordon J. McKernan and Gordon McKernan Injury Attorneys, LLC f/k/a The McKernan Law Firm, PLLC, dismiss this civil action with prejudice. The Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Respectfully submitted:

s/ R. Brandon Bundren
R. Brandon Bundren (No. 30985)
Samuel D. Lipshie (No. 009538)
Phillip E. Walker (No. 21739)
Kristi Wilcox Arth (No. 30404)
Connor M. Blair (No. 31992)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN  37203
P: 615.244.2582
F: 615.252.6380
bbundren@bradley.com
slipshie@bradley.com
pwalker@bradley.com
karth@bradley.com
cblair@bradley.com

*Attorneys for Whitehardt, Inc.*

AND

s/ Todd R. Hambidge (by permission)
Todd R. Hambidge (TN BPR # 028671)
Robb S. Harvey (TN BPR # 011519)
John E. Haubenreich (TN BPR # 029202)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
todd.hambidge@wallerlaw.com
robb.harvey@wallerlaw.com
john.haubenreich@wallerlaw.com


Bernard F. Meroney (*pro hac vice*)
Michael K. Leachman (*pro hac vice*)
Robert Tucker (*pro hac vice*)
Jones Walker LLP
8555 United Plaza Blvd., Suite 500
Baton Rouge, LA 70809
bmeroney@joneswalker.com
mleachman@joneswalker.com
rtucker@joneswalker.com

2

7/3913447.2
Case 3:15-cv-01307   Document 59   Filed 12/14/16   Page 2 of 3 PageID #: 1398

Andrew S. Harris (*pro hac vice*)
Jones Walker LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
aharris@joneswalker.com

Philip Michael Kirkpatrick
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219-0058
phil.kirkpatrick@arlaw.com

*Attorneys for Gordon J. McKernan
and Gordon McKernan Injury Attorneys, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2016, I electronically filed the foregoing with the Clerk of this Court using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record listed below:

Philip M. Kirkpatrick (phil.kirkpatrick@arlaw.com)
ADAMS AND REESE LLP

Todd R. Hambidge (todd.hambidge@wallerlaw.com)
Robb S. Harvey (robb.harvey@wallerlaw.com)
John E. Haubenreich (john.haubenreich@wallerlaw.com)
WALLER LANSDEN DORTCH & DAVIS, LLP

Robert C. Tucker (rtucker@joneswalker.com)
Bernard F. Meroney (bmeroney@joneswalker.com)
Michael K. Leachman (mleachman@joneswalker.com)
Andrew S. Harris (aharris@joneswalker.com)
JONES WALKER LLP

*Attorneys for Gordon J. McKernan
and Gordon McKernan Injury Attorneys, LLC*

s/ R. Brandon Bundren
R. Brandon Bundren